**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

FILED 19 JAN 8 AM 11:05
US BANKRUPTCY MIE-DET

## COVER SHEET FOR AMENDMENTS

**Case Name:** Sarina Marie Marshall & Guy O'keefe Marshall Jr.    **Case No.:** 18-55741-tjt

### DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

☐ **Amendment to Petition:**
    ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
    ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
☒ **Summary of Your Assets and Liabilities and Certain Statistical Information**
☐ **Statement of Financial Affairs**
☒ **Schedules and List of Creditors:**
☒ Schedule A/B
☒ Schedule C ☐ Debtor 2 Schedule C
☐ List of Creditors ☒ Schedule D ☐ Schedule E/F  and
    ☐ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31.00 Fee Required,** or
    ☐ Change address of a creditor already on the List of Creditors – **No Fee Required**
☐ Schedule G
☐ Schedule H
☐ Schedule I
☒ Schedule I
☒ Schedule J
☐ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):** <u>Sch A/B and Sch C - Added property and corrected amounts,</u>
<u>Sch D - Corrected the home value (orig was input incorrectly), Sch I Corrected monthly income,</u>
<u>Sch J Corrected monthly Expenses, Amended the MeansTest with corrected amounts</u>

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |

| Date | Signature | |
|---|---|---|
| N?A | N/A | |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. | |
| **Date** 01/04/2019 | Signature *Sarina M. Marshall* | Sarina M. Marshall |
| **Date** 01/04/2019 | Signature *Guy O Marshall Jr* | Guy O'keefe Marshall Jr. |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sarina<br>First Name | Marie<br>Middle Name | Marshall<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | Guy<br>First Name | O'keefe<br>Middle Name | Marshall Jr.<br>Last Name |

United States Bankruptcy Court for the: __EASTERN__ District of __MICHIGAN__

Case number __18-55741-tjt__
(If known)

☒ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................ $ __117500__

   1b. Copy line 62, Total personal property, from *Schedule A/B* ............................. $ __27768__

   1c. Copy line 63, Total of all property on *Schedule A/B* ........................................ $ __145268__

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $ __79181__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ..................................... $ __0__

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................... + $ __260069__

   **Your total liabilities**   $ __339250__

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ....................................................................... $ __2994__

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................................................... $ __2727__

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1 of 2

| Debtor 1 | Sarina Marie | Marshall | Case number *(if known)* | 18-55741-tjt |
|----------|--------------|----------|--------------------------|--------------|
| | First Name | Middle Name | Last Name | |

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 2522

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0 |
| 9d. Student loans. (Copy line 6f.) | $ 0 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0 |

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 2 of 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sarina | Marie | Marshall |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Guy | O'keefe | Marshall Jr. |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN** District of **MICHIGAN**

Case number (if known) 18-55741-tjt

☒ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

x *Sarina M. Marshall*                    x *Guy O'M Shall Jr*

Signature of Debtor 1                          Signature of Debtor 2

Date 01/04/2019                              Date 01/04/2019
     MM / DD / YYYY                                MM / DD / YYYY

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sarina | Marie | Marshall |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Guy | O'keefe | Marshall Jr. |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN** District of **MICHIGAN**

Case number **18-55741-tjt**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** Home
Street address, if available, or other description

Loc: 37090 Emery Street Clinton
~~Township Mi 48036~~

_____
City                State        ZIP Code

_____
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: ~~37090 Emery Street Clinton Township Mi 48036~~

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 117500 | $ 117500 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____
City                State        ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

**What is the property?** Check all that apply.

1.3. _____
Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

_____

_____
City         State   ZIP Code

**Who has an interest in the property?** Check one.

_____
County

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

_____

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ...................................➔ **$ 117500**

---

| Part 2: | **Describe Your Vehicles** |

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make:     **Dodge**
Model:    **Charger**
Year:     **2006**
Approximate mileage:   **64731**
Other information:

| 2006 Dodge Charger |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$ 4950     $ 4950

If you own or have more than one, describe here:

3.2. Make:     **Ford**
Model:    **Flex**
Year:     **2009**
Approximate mileage:   **192110**
Other information:

| 2009 Ford Flex |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$ 3500     $ 3500

3.3. Make:    **Chevrolet**

Model:    **Suburban**

Year:    **1999**

Approximate mileage:    **185370**

Other information:

| 1999 Suburban |
|---|

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _2500_      $ _2500_

3.4. Make:    **Ford**

Model:    **Mustang**

Year:    **1988**

Approximate mileage:    **84261**

Other information:

| 1988 Mustang |
|---|

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _3000_      $ _3000_

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1. Make: _____

Model: _____

Year: _____

Other information:

|  |
|---|

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____      $_____

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

|  |
|---|

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____      $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ......................................................... → $ _13950_

| Debtor 1 | Sarina Marie | | Marshall | Case number *(if known)* | 18-55741-tjt |
|----------|--------------|--|----------|--------------------------|--------------|
| | First Name | Middle Name | Last Name | | |

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.......... Household Goods And Furnishing - Residence .......... $ 2800

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.......... Computer & Printer - Residence .......... $ 525

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.......... .......... $ _____

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe.......... Music Electronics Hobby - Residence .......... $ 600

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe.......... 380 Pistol/ser#a20686 - Residence .......... $ 380

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.......... Clothing For Debtors & Family - Residence .......... $ 1250

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.......... Misc Jewelry - Residence .......... $ 2200

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.......... Chinese Shar-pei - Residence .......... $ 400

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific information. .............. Yard Equipment - Residence .......... $ 875

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................. ➔ $ 11080

| Debtor 1 | Sarina Marie | Marshall | Case number *(if known)* | 18-55741-tjt |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ................................................................................................................ Cash: ...................... $ 24

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Bank Account - Tcf Bank | $ 12 |
| 17.2. Checking account: | Bank Accounts Checking And Sav - Flagstar Bank | $ 76 |
| 17.3. Savings account: | Bank Account Joint With Mother - Bank Of America | $ 14 |
| 17.4. Savings account: | Bank Account Checking And Savi - Freestar Financial | $ 11 |
| 17.5. Certificates of deposit: | Bank Account Checking And Savi - American 1 Credit | $ 7 |
| 17.6. Other financial account: | Bank Account Checking And Savi - Huntington Bank | $ 65 |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes ..................

Institution or issuer name:

| | |
|---|---|
| Money Market Joint With Mother - Bank Of America | $ 25 |
| | $ |
| | $ |

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☐ No
☑ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| Top Dollar Financial Llc - Residence | _____ % | $ 100 |
| | _____ % | $ |
| | _____ % | $ |

---

Official Form 106A/B          Schedule A/B: Property          page 5

AMENDED

Debtor 1 __Sarina Marie_____ __Marshall_____    Case number (*if known*)__18-55741-tjt_____
          First Name   Middle Name    Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific       Issuer name:
   information about
   them....................
                                                                                          $_____
                                                                                          $_____
                                                                                          $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each          Type of account:     Institution name:
   account separately.

                          401(k) or similar plan: _____    $_____

                          Pension plan: _____    $_____

                          IRA: _____    $_____

                          Retirement account: _____    $_____

                          Keogh: _____    $_____

                          Additional account: _____    $_____

                          Additional account: _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes .........................    Institution name or individual:

                          Electric: _____    $_____

                          Gas: _____    $_____

                          Heating oil: _____    $_____

                          Security deposit on rental unit: _____    $_____

                          Prepaid rent: _____    $_____

                          Telephone: _____    $_____

                          Water: _____    $_____

                          Rented furniture: _____    $_____

                          Other: _____    $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes .........................    Issuer name and description:

                                                                                          $_____
                                                                                          $_____
                                                                                          $_____

Official Form 106A/B                    Schedule A/B: Property                              page 6

| Debtor 1 | Sarina Marie | Marshall | | Case number (if known) | 18-55741-tjt |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ..................................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

$_____
$_____
$_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them....

$_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....

$_____

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them....

$_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

| Federal: | $_____ |
| State: | $_____ |
| Local: | $_____ |

**29. Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☑ Yes. Give specific information............

Child Support Payments - Monthly Payments
Child Support Arrearages - Unpaid

| Alimony: | $ 409 |
| Maintenance: | $ 1523 |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

**30. Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information...............

$_____

Official Form 106A/B                 Schedule A/B: Property                 page 7

| Debtor 1 | Sarina Marie | Marshall | Case number (if known) 18-55741-tjt |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............. $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. .................... $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. .................... $_____

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............. $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................→ $ 2266

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe....... $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe....... $_____

Official Form 106A/B                     Schedule A/B: Property                          page 8

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe........ [_____] $_____

**41. Inventory**

☑ No
☐ Yes. Describe........ [_____] $_____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | _____ % | $_____ |
| _____ | _____ % | $_____ |
| _____ | _____ % | $_____ |

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe......... [_____] $_____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
    information ......... _____ $_____
    _____ $_____
    _____ $_____
    _____ $_____
    _____ $_____
    _____ $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ......................................................... → $ __0__

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes ................... [_____] $_____

Debtor 1    <u>Sarina Marie       Marshall</u>         Case number *(if known)* <u>18-55741-tjt</u>
    First Name    Middle Name       Last Name

48. **Crops—either growing or harvested**
- ☑ No
- ☐ Yes. Give specific information. ............      $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☑ No
- ☐ Yes ........................      $ _____

50. **Farm and fishing supplies, chemicals, and feed**
- ☑ No
- ☐ Yes ........................      $ _____

51. **Any farm- and commercial fishing-related property you did not already list**
- ☑ No
- ☐ Yes. Give specific information. ............      $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................ →    $   472

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☐ No
- ☑ Yes. Give specific information. ............

| Public Assistance - Dept Of Human Services | $ 472 |
| | $ _____ |
| | $ _____ |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................................ →    $   472

---

**Part 8:**    **List the Totals of Each Part of this Form**

55. Part 1: Total real estate, line 2 ........................................................................ →    $   117500

56. Part 2: Total vehicles, line 5       $ 13950

57. Part 3: Total personal and household items, line 15       $ 11080

58. Part 4: Total financial assets, line 36       $ 2266

59. Part 5: Total business-related property, line 45       $ 0

60. Part 6: Total farm- and fishing-related property, line 52       $ 472

61. Part 7: Total other property not listed, line 54       + $ 472

62. Total personal property. Add lines 56 through 61. .....................    $ 27768     Copy personal property total →   + $ 27768

63. Total of all property on Schedule A/B. Add line 55 + line 62 ...................................................    $ 145268

**Attachment To Schedule B: Item 06 — Household goods**

Description: Household Appliances - Residence
--------------

**Attachment To Schedule B: Item 07 — Electronics**

Description: Televisions, Dvd, Gaming - Residence
--------------

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Sarina | Marie | Marshall |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Guy | O'keefe | Marshall Jr |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __EASTERN__ District of __MICHIGAN__

Case number  18-55741-tjt
(If known)

☒ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Home**<br>Line from *Schedule A/B*: ____ | $ 117500 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(1)(5); |
| Brief description: **1999 Suburban**<br>Line from *Schedule A/B*: ____ | $ 2500 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(2); |
| Brief description: **1988 Mustang**<br>Line from *Schedule A/B*: ____ | $ 3000 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(2); |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 1 of __

Debtor 1 __Sarina Marie__ __Marshall__ Case number *(if known)*__18-55741-tjt__
First Name    Middle Name    Last Name

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Household Goods And Furnishing**<br>Line from *Schedule A/B:* _____ | $ 2800 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(3);__ |
| Brief description: **Chinese Shar-pei**<br>Line from *Schedule A/B:* _____ | $ 400 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(3);__ |
| Brief description: **Misc Jewelry**<br>Line from *Schedule A/B:* _____ | $ 2200 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(4);__ |
| Brief description: **Clothing For Debtors & Family**<br>Line from *Schedule A/B:* _____ | $ 1250 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(3);__ |
| Brief description: **380 Pistol/ser#a20686**<br>Line from *Schedule A/B:* _____ | $ 380 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(3);__ |
| Brief description: **Yard Equipment**<br>Line from *Schedule A/B:* _____ | $ 875 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(3);__ |
| Brief description: **Computer & Printer**<br>Line from *Schedule A/B:* _____ | $ 525 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(3);__ |
| Brief description: **Televisions, Dvd, Gaming**<br>Line from *Schedule A/B:* _____ | $ 950 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(3);__ |
| Brief description: **Household Appliances**<br>Line from *Schedule A/B:* _____ | $ 1100 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(3);__ |
| Brief description: **Child Support Payments**<br>Line from *Schedule A/B:* _____ | $ 409 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(10)(d);__ |
| Brief description: **Cash On Hand**<br>Line from *Schedule A/B:* _____ | $ 24 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(3);__ |
| Brief description: **Bank Account**<br>Line from *Schedule A/B:* _____ | $ 12 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | __11usc522(d)(5);__ |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page ___ of ___

| Debtor 1 | Sarina Marie | Marshall | Case number (if known) 18-55741-tjt |
|---|---|---|---|
| | First Name | Middle Name   Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Bank Accounts Checking And Sav**<br>Line from *Schedule A/B*: | $ 76 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11usc522(d)(5);** |
| Brief description: **Music Electronics Hobby**<br>Line from *Schedule A/B*: | $ 600 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11usc522(d)(3);** |
| Brief description: **Top Dollar Financial Llc**<br>Line from *Schedule A/B*: | $ 100 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11usc522(d)(5);** |
| Brief description: **Child Support Arrearages**<br>Line from *Schedule A/B*: | $ 1523 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11usc522(d)(10)(d);** |
| Brief description: **Public Assistance**<br>Line from *Schedule A/B*: | $ 472 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11usc522(d)(10)(a);** |
| Brief description: **Money Market Joint With Mother**<br>Line from *Schedule A/B*: | $ 25 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11usc522(d)(10)(e);** |
| Brief description: **Bank Account Joint With Mother**<br>Line from *Schedule A/B*: | $ 14 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11usc522(d)(5);** |
| Brief description: **Bank Account Checking And Savi**<br>Line from *Schedule A/B*: | $ 11 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11usc522(d)(5);** |
| Brief description: **Bank Account Checking And Savi**<br>Line from *Schedule A/B*: | $ 7 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11usc522(d)(5);** |
| Brief description: **Bank Account Checking And Savi**<br>Line from *Schedule A/B*: | $ 65 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11usc522(d)(5);** |
| Brief description: _____<br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C   Schedule C: The Property You Claim as Exempt   page ___ of ___

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Sarina | Marie | Marshall |
| Debtor 2 (Spouse, if filing) | Guy | O'keefe | Marshall Jr |

United States Bankruptcy Court for the: **EASTERN** District of **MICHIGAN**

Case number (if known) **18-55741-tjt**

☒ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

---

**Part 1:** **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|

**2.1** American 1 Credit Union

Creditor's Name

718 E. Michigan Ave.
Number     Street

Jackson MI 49201
City                State     ZIP Code

**Describe the property that secures the claim:**

2006 Dodge Charger

$ 5141    $ 4950    $ 191

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 05/2014

**Nature of lien. Check all that apply.**
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) Auto Loan

Last 4 digits of account number

**2.2** American 1 Credit Union

Creditor's Name

718 E. Michigan Ave.
Number     Street

Jackson MI 49201
City                State     ZIP Code

**Describe the property that secures the claim:**

2009 Ford Flex

$ 3950    $ 3500    $ 450

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 08/2015

**Nature of lien. Check all that apply.**
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) Auto Loan

Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 9091

Official Form 106D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of ___

| Debtor 1 | Sarina Marie | Marshall | Case number (if known) 18-55741-tjt |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**2.3** Mr Cooper

Creditor's Name

8950 Cypress Waters Blvd

Number        Street

Coppell TX 75019

City                State        ZIP Code

**Who owes the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  08/2008

**Describe the property that secures the claim:**

Home

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)  Mortgage

Last 4 digits of account number ___ ___ ___ ___

Column A: $ 60624   Column B: $ 117500   Column C: $ 0

---

**2.4** Service Finance Company

Creditor's Name

555 S Federal Hwy

Number        Street

Ste 200

Boca Raton FL 33432

City                State        ZIP Code

**Who owes the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  10/2011

**Describe the property that secures the claim:**

Home

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)  Home Improvement

Last 4 digits of account number ___ ___ ___ ___

Column A: $ 9466   Column B: $ 117500   Column C: $ 0

---

Creditor's Name

Number        Street

City                State        ZIP Code

**Who owes the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Column A: $   Column B: $   Column C: $

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 70090

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $ 79181

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page ___ of ___

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sarina | Marie | Marshall |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Guy | O'keefe | Marshall Jr |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN District of MICHIGAN

Case number 18-55741-tjt
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | SELF EMPLOYED | CHILD CARE |
| Employer's name | | |
| Employer's address | | |
| | Number  Street | Number  Street |
| | City  State  ZIP Code | City  State  ZIP Code |
| How long employed there? | | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0 | $ 0 |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 0 | + $ 0 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 0 | $ 0 |

Debtor 1  **Sarina Marie**      **Marshall**
First Name    Middle Name      Last Name

Case number *(if known)* __18-55741-tjt__

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.......................................................... → 4. | $ 0 | $ 0 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0 | $ 0 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0 | $ 0 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0 | $ 0 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0 | $ 0 |
| 5e. Insurance | 5e. | $ 0 | $ 0 |
| 5f. Domestic support obligations | 5f. | $ 0 | $ 0 |
| 5g. Union dues | 5g. | $ 0 | $ 0 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0 | + $ 0 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0 | $ 0 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0 | $ 0 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 875 | $ 1238 |
| 8b. Interest and dividends | 8b. | $ 0 | $ 0 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0 | $ 409 |
| 8d. Unemployment compensation | 8d. | $ 0 | $ 0 |
| 8e. Social Security | 8e. | $ 0 | $ 0 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: government assistance | 8f. | $ 472 | $ 0 |
| 8g. Pension or retirement income | 8g. | $ 0 | $ 0 |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ 0 | + $ 0 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1347 | $ 1647 |
| 10. Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1347 + | $ 1647 = $2994 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. | $ 2994

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:

Official Form 106I      Schedule I: Your Income      page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sarina | Marie | Marshall |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Guy | O'keefe | Marshall Jr. |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN** District of **MICHIGAN**

Case number (If known) **18-55741-tjt**

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☐ No. Go to line 2.
☑ Yes. Does Debtor 2 live in a separate household?

    ☑ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| DAUGHTER | 15 | ☐ No ☑ Yes |
| SON | 14 | ☐ No ☑ Yes |
| PARENT | 64 | ☐ No ☑ Yes |
| | | ☑ No ☐ Yes |
| | | ☑ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | **Your expenses** |
|---|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | | 4. | $ 568 |
| If not included in line 4: | | | |
| 4a. Real estate taxes | | 4a. | $ 0 |
| 4b. Property, homeowner's, or renter's insurance | | 4b. | $ 0 |
| 4c. Home maintenance, repair, and upkeep expenses | | 4c. | $ 0 |
| 4d. Homeowner's association or condominium dues | | 4d. | $ 0 |

| Debtor 1 | Sarina Marie | Marshall | Case number (*if known*) 18-55741-tjt |
|---|---|---|---|
| | First Name | Middle Name Last Name | |

| | | | Your expenses |
|---|---|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans     5.   $ **216**

6. **Utilities:**

    6a.   Electricity, heat, natural gas     6a.   $ **304**

    6b.   Water, sewer, garbage collection     6b.   $ **95**

    6c.   Telephone, cell phone, Internet, satellite, and cable services     6c.   $ **237**

    6d.   Other. Specify: _____     6d.   $ **0**

7. **Food and housekeeping supplies**     7.   $ **475**

8. **Childcare and children's education costs**     8.   $ **0**

9. **Clothing, laundry, and dry cleaning**     9.   $ **0**

10. **Personal care products and services**     10.   $ **40**

11. **Medical and dental expenses**     11.   $ **0**

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.     12.   $ **100**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.   $ **21**

14. **Charitable contributions and religious donations**     14.   $ **0**

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.   Life insurance     15a.   $ **0**

    15b.   Health insurance     15b.   $ **0**

    15c.   Vehicle insurance     15c.   $ **128**

    15d.   Other insurance. Specify:_____     15d.   $ **0**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____     16.   $ **0**

17. **Installment or lease payments:**

    17a.   Car payments for Vehicle 1     17a.   $ **190**

    17b.   Car payments for Vehicle 2     17b.   $ **283**

    17c.   Other. Specify:_____     17c.   $ **0**

    17d.   Other. Specify:_____     17d.   $ **0**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**     18.   $ **0**

19. **Other payments you make to support others who do not live with you.**
Specify:_____     19.   $ **0**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

    20a.   Mortgages on other property     20a.   $ **0**

    20b.   Real estate taxes     20b.   $ **0**

    20c.   Property, homeowner's, or renter's insurance     20c.   $ **0**

    20d.   Maintenance, repair, and upkeep expenses     20d.   $ **0**

    20e.   Homeowner's association or condominium dues     20e.   $ **0**

| Debtor 1 | Sarina Marie | | Marshall | Case number (if known) 18-55741-tjt |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Other.** Specify: <u>Restitution</u>                     21.    +$ <u>70</u>

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                22a.    $ <u>2727</u>

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.    $ _____

    22c. Add line 22a and 22b. The result is your monthly expenses.     22c.    $ _____

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*     23a.    $ <u>2994</u>

    23b. Copy your monthly expenses from line 22c above.        23b.    −$ <u>2727</u>

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*     23c.    $ <u>267</u>

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

Bankruptcy Case No. 18-55741-tjt
Chapter 7

## PROOF OF MAILING

I Sarina M. Marshall the debtor in Bankruptcy Case No. 18-55741-tjt certify that on January 4, 2019 I personally sent a copy of the Amendment containing: **The Cover Sheet for Amendments, Summary of Assets and Liabilities and Certain Statistical Information, Schedule A/B, Schedule C, Schedule D, Schedule I, Schedule J, The Means Test** by The United States Postal Service to the Following parties:

| Us Bankruptcy Court | Wendy Turner Lewis |
|---|---|
| 211 West Fort Street | 444 West Willis Street |
| Detroit, Mi 48226 | Suite #101 |
| | Detroit, MI 48201 |

**Respectfully Submitted,**

*Sarina M. Marshall*

Sarina M. Marshall
37090 Emery Street
Clinton Township, Mi 48036
586 610-3559