Fill in this information to identify your case:

Debtor 1: Sarina Marie Marshall
(First Name) (Middle Name) (Last Name)

Debtor 2: Guy O'keefe Marshall Jr
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: EASTERN District of MICHIGAN

Case number: 18-55741-tjt
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt 04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Home  Line from Schedule A/B: ___ | $ 117500 | ☐ $ ___  ☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(1)(5); |
| Brief description: 1999 Suburban  Line from Schedule A/B: ___ | $ 2500 | ☐ $ ___  ☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(2); |
| Brief description: 1988 Mustang  Line from Schedule A/B: ___ | $ 3000 | ☐ $ ___  ☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(2); |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods And Furnishing<br>Line from Schedule A/B: — | $2800 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(3); |
| Brief description: Chinese Shar-pei<br>Line from Schedule A/B: — | $400 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(3); |
| Brief description: Misc Jewelry<br>Line from Schedule A/B: — | $2200 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(4); |
| Brief description: Clothing For Debtors & Family<br>Line from Schedule A/B: — | $1250 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(3); |
| Brief description: 380 Pistol/ser#a20686<br>Line from Schedule A/B: — | $380 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(3); |
| Brief description: Yard Equipment<br>Line from Schedule A/B: — | $875 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(3); |
| Brief description: Computer & Printer<br>Line from Schedule A/B: — | $525 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(3); |
| Brief description: Televisions, Dvd, Gaming<br>Line from Schedule A/B: — | $950 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(3); |
| Brief description: Household Appliances<br>Line from Schedule A/B: — | $1100 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(3); |
| Brief description: Child Support Payments<br>Line from Schedule A/B: — | $409 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(10)(d); |
| Brief description: Cash On Hand<br>Line from Schedule A/B: — | $24 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(3); |
| Brief description: Bank Account<br>Line from Schedule A/B: — | $12 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(5); |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Bank Accounts Checking And Sav<br>Line from Schedule A/B: | $76 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(5); |
| Brief description: Music Electronics Hobby<br>Line from Schedule A/B: | $600 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(3); |
| Brief description: Top Dollar Financial Llc<br>Line from Schedule A/B: | $100 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(5); |
| Brief description: Child Support Arrearages<br>Line from Schedule A/B: | $1523 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(10)(d); |
| Brief description: Public Assistance<br>Line from Schedule A/B: | $472 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(10)(a); |
| Brief description: Money Market Joint With Mother<br>Line from Schedule A/B: | $25 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(10)(e); |
| Brief description: Bank Account Joint With Mother<br>Line from Schedule A/B: | $14 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(5); |
| Brief description: Bank Account Checking And Savi<br>Line from Schedule A/B: | $11 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(5); |
| Brief description: Bank Account Checking And Savi<br>Line from Schedule A/B: | $7 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(5); |
| Brief description: Bank Account Checking And Savi<br>Line from Schedule A/B: | $65 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11usc522(d)(5); |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

Bankruptcy Case No. 18-55741-tjt
Chapter 7

# PROOF OF MAILING

I Sarina M. Marshall the debtor in Bankruptcy Case No. 18-55741-tjt certify that on January 10, 2019 I personally sent a copy of the following document: **The ORIGINAL Schedule C for Joint Debtor** by The United States Postal Service to the Following parties:

| Us Bankruptcy Court<br>211 West Fort Street<br>Detroit, Mi 48226 | Wendy Turner Lewis<br>444 West Willis Street<br>Suite #101<br>Detroit, MI 48201 |
|---|---|

Respectfully Submitted,

*Sarina M. Marshall* (signature)

Sarina M. Marshall
37090 Emery Street
Clinton Township, Mi 48036
586 610-3559