UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 18-55741

SARINA MARIE MARSHALL, *pro se*,	Chapter 7
and GUY OKEEFE MARSHALL, JR., *pro se*,

                         Judge Thomas J. Tucker

          Debtors.
_____/

**ORDER REGARDING THE TRUSTEE'S OBJECTION TO
THE DEBTORS' CLAIMED EXEMPTIONS**

      This case came before the Court for a hearing on March 13, 2019, on the Chapter 7 Trustee's objection to the Debtors' claimed exemptions (Docket # 25, the "Exemption Objection"). Counsel for the Chapter 7 Trustee appeared at the hearing, as did the Debtor Sarina Marshall. For the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. Of the two Schedule C documents filed by the Debtors on February 4, 2019 (Docket # 33), the first such Schedule C (pdf pages 2-4) is deemed to be filed by the Debtor Sarina Marshall, and the second such Schedule C (pdf pages 5-7) is deemed to be filed by the Debtor Guy Marshall, Jr. This clarification resolves the Trustee's Exemption Objection with respect to the Debtors' vehicles.

2. The Exemption Objection is sustained with regard to each of the Debtors' claimed exemption in the "Home" under 11 U.S.C. § 522(d)(5), because of the Debtors' failure to list a dollar amount claimed for such exemption.[1]

3. The Exemption Objection is deemed withdrawn as to exemption claimed by the Debtor Sarina Marshall of the "Cash on Hand" of $24.00.

4. The hearing on the unresolved portion of the Exemption Objection[2] is continued for a further, non-evidentiary hearing, to be held on **April 24, 2019 at 9:00 a.m.**

---

    [1] References in this Order to the Debtors' claimed exemptions are to those contained in the amended Schedule C filed by each of the Debtors on February 4, 2019 (Docket # 33).

    [2] As discussed during the hearing, the unresolved portion of the Exemption Objection is the Trustee's objection to Guy Marshall, Jr.'s claimed exemption in the "Home" under 11 U.S.C. § 522(d)(1), on the ground that Guy Marshall, Jr. does not have any ownership interest in that property. The Debtor Sarina Marshall, at least, disputed that argument at the hearing.

5. The deadline for the Debtors to file any further amended Schedule C(s) is March 27, 2019.

6. The Trustee must file any objection to any such amended Schedule C(s) no later than April 10, 2019.

**Signed on March 13, 2019**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**