**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

<u>**COVER SHEET FOR AMENDMENTS**</u>

**Case Name:** SARINA MARIE MARSHALL & GUY OKEEFE MARSHALL, JR    **Case No.:** 18-55741-tjt

<u>**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**</u>

❑ **Amendment to Petition:**
  ❑ Name ❑ Debtor(s) Mailing Address ❑ Alias
  ❑ Signature ❑ Complying with Order Directing the Filing of Official Form(s)
❑ **Summary of Your Assets and Liabilities and Certain Statistical Information**
❑ **Statement of Financial Affairs**
☒ **Schedules and List of Creditors:**
  ❑ Schedule A/B
  ☒ Schedule C   ☒ Debtor 2 Schedule C
  ❑ List of Creditors ❑ Schedule D ❑ Schedule E/F and
    ❑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31.00 Fee Required**, or
    ❑ Change address of a creditor already on the List of Creditors – **No Fee Required**
  ❑ Schedule G
  ❑ Schedule H
  ❑ Schedule I
  ❑ Schedule J
  ❑ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

| | |
|---|---|
| **Additional Details of Amendment(s):** | Amended Schedule C for Debtor 1 with attachment #1 regarding exemption breakdown and Amended Schedule C for Debtor 2.with attachment #2 regarding exemption breakdown |

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| **Date** | **Signature** None |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date** 03/26/2019 | **Signature** Sarina M. Marshall |
| **Date** 03/26/2019 | **Signature** Guy O. Marshall Jr by Sarina M. Marshall POA |



**Fill in this information to identify your case:**

| Debtor 1 | Sarina | Marie | Marshall |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Guy | O'keefe | Marshall Jr. |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Michigan

Case number (If known) 18-55741-tjt

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

---

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: Home <br> Line from *Schedule A/B*: 1.1 | $ 117,500.00 | ☐ $ 23,675.00 <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description: Home <br> Line from *Schedule A/B*: 1.1 | $ 117,500.00 | ☐ $ 961.00 <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: 1988 Mustang <br> Line from *Schedule A/B*: 3.4 | $ 3,000.00 | ☑ $ 3,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1    Sarina      Marie      Marshall      Case number (*if known*) __18-55741-tjt__
        First Name      Middle Name      Last Name



**Part 2:**   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Chinese Shar-pei<br>Line from *Schedule A/B*: 13 | $ 400.00 | ☑ $ 400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Misc Jewelry<br>Line from *Schedule A/B*: 12 | $ 2,200.00 | ☑ $ 2,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: Clothing For Debtors & Family<br>Line from *Schedule A/B*: 11 | $ 1,250.00 | ☑ $ 1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Yard Equipment<br>Line from *Schedule A/B*: 14 | $ 875.00 | ☑ $ 875.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Computer & Printer<br>Line from *Schedule A/B*: 7 | $ 525.00 | ☑ $ 525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Televisions, Dvd, Gaming<br>Line from *Schedule A/B*: 7 | $ 950.00 | ☑ $ 950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Household Appliances<br>Line from *Schedule A/B*: 6 | $ 1,100.00 | ☑ $ 1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Household Goods And Furnishings<br>Line from *Schedule A/B*: 7 | $ 2,800.00 | ☑ $ 2,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Cash On Hand<br>Line from *Schedule A/B*: 16 | $ 24.00 | ☑ $ 24.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Bank Account Checking and Savings Flagstar<br>Line from *Schedule A/B*: 17.2 | $ 67.00 | ☑ $ 67.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Top Dollar Financial LLC<br>Line from *Schedule A/B*: 19 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Public Assistance<br>Line from *Schedule A/B*: 53 | $ 472.00 | ☑ $ 472.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(a) |

| Debtor 1 | Sarina | Marie | Marshall | | Case number *(if known)* 18-55741-tjt |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

# Debtor 1

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Money Market Joint With Mother<br>Line from *Schedule A/B:* 18 | $ 25.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(e) |
| Brief description: Bank Account Joint with Mother B of A<br>Line from *Schedule A/B:* 17.3 | $ 14.00 | ☑ $ 14.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Bank Account Checking and Savings Am 1 CU<br>Line from *Schedule A/B:* 17.5 | $ 7.00 | ☑ $ 7.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Bank Account Checking and Savings Huntington<br>Line from *Schedule A/B:* 17.6 | $ 65.00 | ☑ $ 65.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Bank Account TCF<br>Line from *Schedule A/B:* ____ | $ 12.00 | ☑ $ 12.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

18-55741-tjt   Doc 64   Filed 03/27/19   Entered 03/27/19 11:31:30   Page 4 of 10



**ATTACHMENT # 1**
**Debtor 1 Sarina M. Marshall**

Wildcard Exemption 11 U.S.C. § 522(d)(5)

| | |
|---|---:|
| Bank Account TCF | 12.00 |
| Bank Account Checking and Savings Flagstar | 67.00 |
| Bank Account Joint with Mother B of A | 14.00 |
| Bank Account Checking and Savings Am 1 CU | 7.00 |
| Bank Account Checking and Savings Huntington | 65.00 |
| Cash on Hand | 24.00 |
| Home | 961.00 |
| Top Dollar Financial LLC | 100.00 |
| **Total** | **$ 1,250.00** |



Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Sarina | Marie | Marshall |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Guy | O'keefe | Marshall Jr. |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Michigan

Case number 18-55741-tjt
(If known)

☑ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Home<br>Line from *Schedule A/B*: 1.1 | $ 117,500.00 | ☑ $ 23,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description: Home<br>Line from *Schedule A/B*: 1.1 | $ 117,500.00 | ☐ $ 1,230.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: 1999 Suburban<br>Line from *Schedule A/B*: 3.4 | $ 2,500.00 | ☑ $ 2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☐ Yes

18-55741-tjt    Doc 64    Filed 03/27/19    Entered 03/27/19 11:31:30    Page 6 of 10

| Debtor 2 | Guy | O'keefe | Marshall Jr. | Case number (if known) 18-55741-tjt |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Debtor 2**

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Music Electronics Hobby<br>Line from Schedule A/B: 9 | $ 600.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Misc Jewelry<br>Line from Schedule A/B: 12 | $ 2,200.00 | ☑ $ 2,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: Clothing For Debtors & Family<br>Line from Schedule A/B: 11 | $ 1,250.00 | ☑ $ 1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Yard Equipment<br>Line from Schedule A/B: 14 | $ 875.00 | ☑ $ 875.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Computer & Printer<br>Line from Schedule A/B: 7 | $ 525.00 | ☑ $ 525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Televisions, Dvd, Gaming<br>Line from Schedule A/B: 7 | $ 950.00 | ☑ $ 950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Household Appliances<br>Line from Schedule A/B: 6 | $ 1,100.00 | ☑ $ 1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Household Goods And Furnishings<br>Line from Schedule A/B: 6 | $ 2,800.00 | ☑ $ 2,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: 380 Pistol<br>Line from Schedule A/B: 10 | $ 380.00 | ☑ $ 380.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Bank Account Checking Flagstar<br>Line from Schedule A/B: 17.2 | $ 9.00 | ☑ $ 9.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Bank Account Checking and Savings Freestar CU<br>Line from Schedule A/B: 17.4 | $ 11.00 | ☐ $ 11.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Child Support Arrearages<br>Line from Schedule A/B: 29 | $ 1,523.00 | ☑ $ 1,523.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(d) |

| Debtor 2 | Guy | O'keefe | Marshall Jr | | Case number (if known) 18-55741-tjt |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

# DebtoR 2

**Part 2:**    **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Child Support Payments**<br>Line from *Schedule A/B:* 53 | $ 409.00 | ☑ $ 409.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(d) |
| Brief description: _____<br>Line from *Schedule A/B:* ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ___ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |



**ATTACHMENT # 2**
**Debtor 2 Guy O'keefe Marshall Jr.**

Wildcard Exemption 11 U.S.C. § 522(d)(5)

| | |
|---|---:|
| Bank Account Checking Flagstar | 9.00 |
| Bank Account Checking and Savings Freestar CU | 11.00 |
| Home | 1,230.00 |
| | |
| **Total** | **$ 1,250.00** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

SARINA MARIE MARSHALL
GUY OKEEFE MARSHALL, JR.

Debtors

In Bankruptcy:

Case No. 18-55741-tjt
Chapter 7
Hon. Thomas J. Tucker

---

## CERTIFICATE OF SERVICE

**Re: Form 411A General Power of Attorney, Cover Sheet for Amendment, Amended Schedule C for Debtor 1 with Attachment 1, Amended Schedule C for Debtor 2 with Attachment 2 and Certificate of Service.**

I hereby certify that on the 26th day of March, 2019 I filed the foregoing Paper(s) with the Clerk of the Court by US Postal Priority Mail Flat Rate Service.

I further certify that on the 26th day of March, 2019 I personally mailed copies of the foregoing documents by way of US Postal Service standard mail delivery to the following parties:

Office of the United States Trustee
211 W. Fort St.
Detroit, MI 48226

Peter F. Schneider
645 Griswold St., Suite 3900
Detroit, MI 48226

US Bankruptcy Court
211 West Fort Street
Detroit, Mi 48226

Wendy Turner Lewis
444 West Willis Street Suite 101
Detroit, MI 48201

Dated: March 26, 2019

*Sarina M. Marshall*
Sarina Marie Marshall (Debtor 1)
37090 Emery St.
Clinton Township, Michigan 48036